MATTER OF HIGHWAY.

One of the persons, who signed the notice and application for the road, is a competent witness to prove the putting up of the notices.

*Sherrerd* moved for a writ of *mandamus* to the Common Pleas of Warren, commanding them to proceed to the appointment of Surveyors, &c. He stated that one of the persons who had signed the notice and application for the road, was offered as a witness, before the Common Pleas, to prove the putting up of the notices. This being objected to on the ground, that the witness was interested, the court was equally divided, and the witness rejected.

*Morris, contra,* cited *The State* v. *Schanck,* 4 *Halst.* 107.

BY THE COURT. We are of opinion that the witness was competent; but as the counsel on the argument, gave us to understand, that the court below, would be governed by our opinion on this point, without our writ, a *mandamus* is unnecessary, even if it is a proper case for one.